AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DAVID M. JAA,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:  **3:10-CV-00139-RCJ-RAM**

STATE OF NEVADA,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to identify a proper defendant.

| | |
|---|---|
| October 22, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |