# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. JAA, | ) |
| Plaintiff, | ) 3: 10-cv-00139-RCJ-RAM |
| vs. | ) |
| STATE OF NEVADA, | ) **ORDER** |
| Defendant. | ) |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1-2). On October 22, 2010, this court entered an order dismissing this case without prejudice for failure to identify a proper defendant. (Docket #3.) On November 3, 2010, plaintiff filed a motion for reconsideration, attempting to remedy the defect in his complaint. (Docket #5.) Plaintiff has provided no basis for the court to reconsider its previous conclusion that the complaint is fatally defective. As clearly stated in the court's prior order, this action was dismissed <u>without</u> prejudice. If plaintiff wishes to pursue his legal remedy, he may do so by filing a new action.

Plaintiff's motion for reconsideration is **HEREBY DENIED**. (Docket #5.)

DATED this 29th day of November, 2010

_____
UNITED STATES DISTRICT JUDGE